No. 49335.—Protests 68766–K, etc., of Dr. Ida M. Stein et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49336.—Protests 94389–K, etc., of Kwan Yuen Co. et al. (Los Angeles, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 15, 1944

No. 49337.—Protests 61523–K (D), etc., of Pistorino & Co., Inc., et al. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that involved in Scaramelli v. United States (9 Cust. Ct. 270, C. D. 706) and Abstracts 48269 and 42146, also for Caciovallo or Cashcaval cheese, similar to that involved in Abstract 41794; (2) 2 percent for Moliterno cheese similar to that involved in Abstract 41794; (3) 1 percent on Trebolgiano cheese similar to that involved in said Abstract 41794; and (4) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following Kraft Phenix Cheese Corp. v. United States (T. D. 47955).

No. 49338.—Protests 97952–K, etc., of S. Alioto & Sons et al. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Scaramelli v. United States (9 Cust. Ct. 270, C. D. 706). The protests were sustained to this extent.

No. 49339.—Protests 768224–G, etc., of S. Alioto & Sons et al. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following Abstracts 40880 and 41794 cheese similar to the Provolone cheese the subject of Scaramelli v. United States (9 Cust. Ct. 270, C. D. 706) was held dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings.